**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

SUSAN M. SMALLEY, ESQ.
CHIEF U.S. PROBATION OFFICER

STEVEN ALFREY
SUPERVISING U.S. PROBATION OFFICER

CORNERSTONE COMMERCE CENTER
1201 NEW ROAD, SUITE 171
LINWOOD, NJ
(609) 867-7110
FAX: (609) 867-7118

May 19, 2020

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Robert B. Kugler
Senior United States District Judge
One John F. Gerry Plaza
Fourth & Cooper Streets
Camden, New Jersey 08101

**RE: McGrath, Robert Sr.**
**DKT NO: 17-00215-001**
**REPORT ON OFFENDER UNDER SUPERVISION**

Dear Judge Kugler:

The purpose of this correspondence is to submit a Report on Offender Under Supervision (Probation Form 12A), outlining certain non-compliance for Your Honor's review.

On December 18, 2017, Robert McGrath Sr. was sentenced by Your Honor for the charge of Conspiracy to Commit Health Care Fraud, to a 30 month term of imprisonment and 3 year term of Supervised Release, with special conditions of financial disclosure, occupational restrictions, self-employment/business disclosure, and new debt restrictions. He was also ordered to pay a $100 special assessment fee and $890,000 in restitution at a rate of no less than $400 per month.

We are respectfully requesting via the attached Probation Form 12A that Your Honor provide a modification to the offender's monthly restitution payment. Should Your Honor prefer an alternative course of action, please advise. We remain available should you wish to discuss this matter further. The undersigned officer can be reached at (973) 715-6981.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Bethany Crede/sa*
By: Bethany Crede
U.S. Probation Officer

/bc
Attachment

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Robert Claude McGrath, Sr.      Cr.: 17-00215-001
    PACTS #: 3632273

Name of Sentencing Judicial Officer:     THE HONORABLE ROBERT B. KUGLER
                                           SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/18/2017

Original Offense:     Conspiracy To Commit Health Care Fraud

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Financial Disclosure, No New Debt/Credit, Self-Employment/Business Disclosure, Restitution - Money, Employment Requirements/Restrictions, Special Assessment

Type of Supervision: Supervised Release     Date Supervision Commenced: 05/15/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'The defendant shall make restitution in the amount of $890,000. The restitution is due immediately, in the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $400 to commence 30 days after the release from confinement.'** |
| | The offender has paid his $100 special assessment fee and $8,975 towards his restitution. Unfortunately, he had surgery last month and is not yet cleared to work by his doctors, therefore, he will not be able to pay the $400 per month as his conditions requires. |

U.S. Probation Officer Action:

The offender has begun his term of supervision and advised the undersigned officer that he is not working due to a recent back/neck surgery, and unable to pay his restitution at the current rate of no less than $400 per month.

We are requesting that the offender's restitution be modified at a rate of $25 per month, so that the offender can pay his restitution consistently. The offender did advise that once he is able to start working regularly, he will likely pay more than $25 per month so that he can pay down his restitution at a faster rate.

Prob 12A – page 2
Robert Claude McGrath, Sr.

Respectfully submitted,

*Bethany Crede/sa*

By: Bethany Crede
U.S. Probation Officer
Date: 05/19/2020

---

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Monthly Restitution Payment reduced to $25 (as recommended by the Probation Office)

_____
Signature of Judicial Officer

05/19/2020
_____
Date